FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL 18 P 4: 14

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED ORDER**

UPON consideration of Plaintiffs' Opposition to Defendants' Motion to Shorten Time, attached exhibits and any reply thereto, it is hereby

ORDERED this __18th__ day of __July__, 2002 that defendants' Motion to Shorten Time is DENIED.*

*Further Ordered that Defendants' deadline to provide Expert Witness disclosures is extended to a date to be set by further Order.

_____
Judge Marvin J. Garbis
United States District Court

Cc: Diane M. Littlepage, Esq.
    J. Michael Sloneker, Esq.