

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * | |
| Defendants | * | |

* * * * * * * * * * * * *

### PROPOSED ORDER

UPON consideration of Plaintiffs' Motion To Extend Time for Plaintiffs to Provide Rule 26(a)(2) Disclosure of Expert Testimony and Identification of Rebuttal Witnesses, Memorandum of Points and Authorities and any response thereto, it is hereby

ORDERED this 26th day of July, 2002 that Plaintiffs' Motion to Extend Time for Plaintiffs to Provide Rule 26(a)(2) Disclosure of Expert Testimony and Identification of Rebuttal Witnesses is GRANTED, and it is further,

ORDERED that Plaintiffs provide Rule 26(a)(2) disclosures thirty (30) days after the completion of the deposition testimony of all Defendants named in Amended Complaint, and it is further,

ORDERED that Plaintiffs identify rebuttal witnesses thirty (30) days after the disclosure of Defendants' Rule 26(a)(2) disclosures.

_____
Judge Marvin J. Garbis
United States District Court

Cc: Diane M. Littlepage, Esq.
    J. Michael Sloneker, Esq.