# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE

COME NOW the Plaintiffs, Judith Evans, *et al.*, by and through their attorneys Diane M. Littlepage and Diane M. Littlepage, P.A. and, withdraw their motion for Partial Summary Judgment in this matter.

Respectfully submitted,

_____
Diane M. Littlepage
Fed. Bar.: 10965
**DIANE M. LITTLEPAGE, P.A.**
1406B S. Crain Highway
Suite 207
Glen Burnie, Maryland 21061
410-787-7009
*Attorney for Plaintiffs*

Approved this 26th day of July, 2002

_____
Marvin J. Garbis
**United States District Judge**



## CERTIFICATE OF SERVICE

I HEREBY certify that on this 24th day of July, 2002 a copy of Plaintiffs' Line withdrawing their Motion for Partial Summary Judgment was mailed first class, postage prepaid to:

J. Michael Sloneker, Esq.
Anderson, Coe & King, LLP
Suite 2000
201 N. Charles Street
Baltimore, Maryland 21201-4135

_____
Diane M. Littlepage