IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUDITH A. EVANS, Individually        *
and as Personal Representative
of the Estate of ROBERT A.           *
EVANS, et al.
                                     *

        Plaintiffs                   *

            vs.                      *        CIVIL ACTION NO. MJG-02-788
                                     *
NEIL PADGETT, M.D., et al.
                                     *
        Defendants
*      *      *      *      *      *      *      *      *

ORDER RESCINDING ORDER OF DISMISSAL
DUE TO SETTLEMENT (UNDER LOCAL RULE 111.1)

        It appearing that the September 17, 2002 Scheduling Order

was issued in error, it is hereby RESCINDED.  The Proposed

Modified Scheduling Order signed by Magistrate Judge Beth Gesner

dated August 27, 2002 remains in full force and effect.


        SO ORDERED this 18th day of September, 2002.



                                    _____
                                         Marvin J. Garbis
                                    United States District Judge