2002 SEP 20 A 9:48

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER

UPON consideration of Plaintiffs' Motion For Leave to Amend Complaint and any response thereto, it is hereby ORDERED this _19th_ day of _September_, 2002 that Plaintiffs' Motion For Leave to Amend Complaint is GRANTED and the Second Amended Complaint accepted as filed

_____
Judge Marvin J. Garbis
United States District Court

Cc: Diane M. Littlepage, Esq.
    J. Michael Sloneker, Esq.