UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
| Plaintiffs | * | |
| v. | * | |
| NEIL PADGETT, M.D., ET AL. | * | Civil Action No.: MJG-02-CV-788 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

UPON CONSIDERATION of the Consent Motion for Extension of Time to File Responsive pleading, it is _18th_ day of _November_, 2002, hereby;

ORDERED that the Defendants James A. Ronan, Jr., M.D. and Cardiovascular Consultants, PA., shall file a responsive pleading on or before November 22, 2002.

_____
Judge, United States District Court

Clerk: Please send copies to:

Shadonna E. Hale, Bar #08108
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP,
1341 G Street, N.W.,
The Colorado Building
Suite 500
Washington, DC 20005

[continued on next page]