## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * | |
| Defendants | * | |

\* * * * * * * * * * * * *

### PLAINTIFFS' MOTION TO COMPEL DISCOVERY

COME NOW the Plaintiffs, Judith A. Evans, et al. by and through their attorneys Diane M. Littlepage and Diane M. Littlepage, P.A. and, pursuant to F.R.C.P. 33, F.R.C.P. 34, and F.R.C.P. 37, move this court to compel discovery and in support thereof state:

1.   Suit in this medical negligence action was filed in this court on March 14, 2002.

2.   Plaintiffs' counsel left numerous messages to the Decedent's former employer, Lockheed Martin, in an attempt to obtain Decedent's employment records which are relevant to this action.

3.   Due to no response from the employer, Plaintiffs' counsel sent a written request along with an authorization to release records on July 12, 2002, via certified mail. (See attached exhibit A).

4.   Decedent's employer did not respond to Plaintiffs' written request, so on February 13, 2003, Plaintiffs' counsel issued a subpoena for production of said records along with a Notice To Take Deposition via certified mail. (See attached exhibit B.)

5.   As to date, the Decedent's employer, Lockheed Martin has not complied with

the subpoena, nor filed a Motion to Quash the subpoena.

6.    Plaintiffs have been prejudiced in their pursuit of this matter by the employer, Lockheed Martin. Expert witnesses are unable to complete the formulation of their opinions absent the discovery sought by the Plaintiffs from the Decedent's employer.

WHEREFORE, Plaintiffs respectfully request this Court issue an Order to compel Decedent's employer, Lockheed Martin, to:

    a.    Respond immediately to the Motion;

    b.    Respond in full to the outstanding discovery;

    c.    To award any additional relief of remedy as the Court deems just and proper.

Respectfully submitted,

_____
Diane M. Littlepage
Federal Bar #10965
**DIANE M. LITTLEPAGE, P.A.**
1406B. S. Crain Hwy, Ste. 207
Glen Burnie, Maryland 21061
410-787-7009
*Attorney for Plaintiffs*

## MEMORANDUM OF POINTS AND AUTHORITIES

1.    The record herein.

2.    F.R.C.P. 33.

3.    F.R.C.P. 34.

4.    F.R.C.P. 37.