UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED ORDER**

UPON consideration of Plaintiffs' Motion To Compel Discovery and any response thereto, it is hereby

ORDERED this _____ day of _____, 2003 that Plaintiffs' Motion To Compel Discovery be GRANTED.

_____
Judge Marvin J. Garbis
United States District Court

cc:   Diane M. Littlepage, Esq.
      J. Michael Sloneker, Esq.
      Douglas K. Schrader, Esq.
      Shadonna E. Hale, Esq.
      Lockheed Martin, Personnel/Human Resource Department