UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
| Plaintiffs | * | |
| v. | * | |
| NEIL PADGETT, M.D., ET AL. | * | Civil Action No.: MJG-02-CV-788 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR EXTENSION FOR
DEFENDANTS TO DESIGNATE RULE 26(b)4
EXPERT WITNESS STATEMENTS**

COME NOW the parties and request an extension of thirty (30) days for the Defendants to designate expert witnesses and as grounds states as follows:

1. This is a complex medical malpractice case involving multiple specialties.

2. Despite efforts, the depositions of the Defendants have not yet been completed.

3. It would be beneficial to have the Defendants deposed prior to designating expert witnesses.

4. All parties consent to this motion.

5. The remaining deadlines should not be affected by this Motion.

WHEREFORE, it is respectfully requested that this motion be granted.

*[signatures on next page]*

136701.1                                     1

_____/S/_____
Shadonna E. Hale, Bar #08108
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
1341 G Street, N.W.,
The Colorado Building
Suite 500
Washington, DC  20005
(Tel.) 410 962-7023
(Fax) 410 962-8758

_____
Diane M. Littlepage, Esquire
Diane M. Littlepage, PA
1406B Crain Highway, Suite 207
Glen Burnie, Maryland  21061
(Tel) 410 787-7009
(Fax) 410 787-7090
*(signed by Shadonna E. Hale with
permission from Diane M. Littlepage, Esquire)*


_____
J. Michael Sloneker, Esquire
Lynne B. Malone, Esquire
Anderson, Coe & King
Suite 2000
201 N. Charles Street
Baltimore, Maryland  21201-4135
(Tel) 410 752-1630
(Fax) 410 752-0085
*(signed by Shadonna E. Hale with
permission from Lynne B. Malone, Esquire)*


_____
Douglas K. Schrader, Esquire
Andrew Gwynn Bowie, Jr., Esquire
Wharton, Levin, Ehrmantraut & Klein
104 West Street
Annapolis, Maryland  21401-2849
(Tel) 410 263-5900
(Fax) 410 280-2230
*(signed by Shadonna E. Hale with
permission from Douglas K. Schrader, Esquire)*

sharemedmal standmed.rog

3