UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
|     Plaintiffs | * | |
| v. | * | |
| NEIL PADGETT, M.D., ET AL. | * | Civil Action No.: MJG-02-CV-788 |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

UPON CONSIDERATION of the Consent Motion for Extension for Defendants to Designate Rule 26(b)4 Expert Witness Statements to have an additional thirty-(30) days to designate expert witnesses, it is this _____ day of March, 2003, hereby

ORDERED that the Defendants shall file Rule 26(b)4 statements on or before April 28, 2003.

_____
Judge, United States District Court
for the District of Maryland

Clerk: Please forward copies:

Shadonna E. Hale
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
1341 G Street, N.W.,
The Colorado Building
Suite 500
Washington, DC  20005

*[continued on next page]*

Diane M. Littlepage, Esquire
Diane M. Littlepage, PA
1406B Crain Highway, Suite 207
Glen Burnie, Maryland  21061


J. Michael Sloneker, Esquire
Lynne B. Malone, Esquire
Anderson, Coe & King
Suite 200
201 N. Charles Street
Baltimore, Maryland  21201-4135

Douglas K. Schrader, Esquire
Andrew Gwynn Bowie, Jr., Esquire
Wharton, Levin, Ehrmantraut & Klein
104 West Street
Annapolis, Maryland  21401-2849

sharemedmal standmed.rog