UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUDITH A. EVANS, et al. | * |
| Plaintiffs | * |
| v. | *   Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * |
| Defendants | * |

* * * * * * * * * * * * *

### PLAINTIFFS' OPPOSITION TO CONSENT MOTION OF DEFENDANT CARDIOVASCULAR CONSULTANTS, P.A.

COME NOW the Plaintiffs, by and through their attorneys Diane M. Littlepage and Diane M. Littlepage, P.A. and in opposition to consent motion of Defendant Cardiovascular Consultants, P.A. state:

1.  Plaintiffs have **not** consented to motion of Defendant Cardiovascular Consultants, P.A. to extend the time to Designate Rule 26(b)4 Expert Witness Statements. Therefore, Defendants' motion must be denied.

2.  Plaintiffs timely complied with the court's order to designate Rule 26(b)4 expert statements and provided those to counsel. All counsel have had ample time to review these, supply the reports to potential defense experts, and formulate a defense to this case. Therefore, Defendants will not be prejudiced by a denial of this motion.

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request that the Consent Motion of Cardiovascular Consultants, P.A. by denied and stricken.

        Respectfully Submitted,

_____
Diane M. Littlepage
Federal Bar No.: 10965
**DIANE M. LITTLEPAGE, P.A.**
1406B South Crain Highway, Suite 207
Glen Burnie, Maryland 21061
410-787-7009
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 21st day of March, 2003, a copy of the foregoing Plaintiffs' Opposition to Consent Motion of Defendant Cardiovascular Consultants, P.A. was mailed first class, postage prepaid to:

A. Gwynn Bowie, Esquire
Wharton, Levin, Ehrmantraut & Klein
104 West Street
P.O. Box 551
Annapolis, Maryland 21404-0551

Shadonna E. Hale, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
1341 G Street, N.W.
The Colorado Building, Ste. 500
Washington, DC 20005

J. Michael Sloneker, Esquire
Anderson, Coe & King
201 N. Charles Street
Baltimore, Maryland 21202

_____
Diane M. Littlepage