UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUDITH A. EVANS, et al. | * |
| Plaintiffs | * |
| v. | *   Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MOTION FOR RECONSIDERATION

COME NOW the Plaintiffs, by and through their attorneys Diane M. Littlepage and Diane M. Littlepage, P.A. and respectfully move this court to reconsider the order granting the alleged Consent Motion for Extension of Time to Designate Rule 26(b)4 Expert Witness Statements and in support thereof state:

1.  Defendant filed its alleged consent motion on March 19, 2003.  Plaintiffs, however, **never** consented to said motion and, in fact, would have opposed such a motion by the Defendant.

2.  On March 21, 2003, Plaintiffs attempted to electronically file their opposition to said motion but could not since this court had ruled upon the motion of the Defendant.  A copy of Plaintiffs' Opposition is attached as exhibit A.

3.  Defendant failed to obtain the consent of Plaintiffs prior to filing the alleged consent motion.  Therefore, Defendant's motion should have been denied.

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request this court reconsider its order granting Defendant's alleged consent motion and deny Defendant's motion.

Respectfully Submitted,

_____
Diane M. Littlepage
Federal Bar No.:  10965
**DIANE M. LITTLEPAGE, P.A.**
1406B South Crain Highway, Suite 207
Glen Burnie, Maryland 21061
410-787-7009
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 21st day of March, 2003, a copy of the foregoing Plaintiffs' Motion for Reconsideration was mailed first class, postage prepaid to:

A. Gwynn Bowie, Esquire
Wharton, Levin, Ehrmantraut & Klein
104 West Street
P.O. Box 551
Annapolis, Maryland   21404-0551

Shadonna E. Hale, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
1341 G Street, N.W.
The Colorado Building, Ste. 500
Washington, DC  20005

J. Michael Sloneker, Esquire
Anderson, Coe & King
201 N. Charles Street
Baltimore, Maryland   21202

_____
Diane M. Littlepage