IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUDITH A. EVANS, et al.,       *
    Plaintiffs,
                                *
v.                              Civil Action No. MJG-02-788

NEIL PADGETT, M.D., et al.,    *
    Defendants.
                                *

* * * * * * * * * * * * *

## ORDER

    Plaintiff has filed a Motion to Compel Discovery which states that plaintiff served a subpoena upon Lockheed Martin Corporation ("Lockheed") on February 13, 2003. The subpoena requested employment records for Robert Evans, Sr., whose estate is a plaintiff in this case. Pursuant to Federal Rule of Civil Procedure 45, Lockheed's response was due within 14 days. Plaintiff has advised the court that Lockheed has not responded and Lockheed has not filed any motions to quash or modify the subpoena as permitted by the Federal Rules of Civil Procedure. Accordingly, it is HEREBY ORDERED this ____ day of March, 2003 that:

    1.   Plaintiff's Motion to Compel Discovery (Paper No. 54) is Granted; and it is

    2.   FURTHER ORDERED that Lockheed Martin Corporation shall respond to the plaintiff's subpoena, attached

    hereto as Exhibit 1, within 14 days of this order.

                              /s/

                        _____
                        Beth P. Gesner
                        United States Magistrate Judge