## Issued by the
## UNITED STATES DISTRICT COURT

For The _____
DISTRICT OF   Maryland

Judith A. Evans, et al.
    V.   Plaintiffs

SUBPOENA IN A CIVIL CASE

Neil Padgett, M.D., et al.

Case Number: MJG-02-CV-788

Defendants

TO: Custodian of the Records for Lockheed Martin Corp.
Human Resource Dept.
2323 Eastern Boulevard, Baltimore, Maryland 21220

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below, testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Any and all employment records regarding Robert A. Evans, Sr. (DOB: 5/4/53, SSN#: 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).

| PLACE | DATE AND TIME |
| --- | --- |
| Law Office of Diane M. Littlepage, P.A. 1406 S. Crain Hwy., Ste. 207, Glen Burnie, MD 21061 | 2/21/03 at 3:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE
_Diane M. Littlepage_  Diane M. Littlepage, Esq.  2/19/03

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Diane M. Littlepage, Esquire
1406B S. Crain Hwy., Ste. 207, Glen Burnie, MD 21061  (410) 787-7009

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

' If action is pending in district other than district of issuance, state district under case number.

EXHIBIT
1