UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUDITH A. EVANS, et al. | * |
| Plaintiffs | * |
| v. | *   Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' MOTION FOR RECONSIDERATION OF COURT'S DENIAL OF PLAINTIFFS' MOTION FOR RECONSIDERATION

COME NOW the Plaintiffs, by and through their attorneys Diane M. Littlepage and Diane M. Littlepage, P.A. and respectfully move this court to reconsider it's order denying Plaintiffs' Motion for Reconsideration of the order granting the alleged Consent Motion for Extension of Time to Designate Rule 26(b)4 Expert Witness Statements and in support thereof state:

1. Defendants filed their alleged consent motion on March 19, 2003. Plaintiffs, however, **never** consented to said motion and, in fact, would have opposed such a motion by the Defendants.

2. On March 21, 2003, Plaintiffs attempted to electronically file their opposition to said motion but could not since this court had ruled upon the motion of the Defendants. Plaintiffs' filed a motion for reconsideration of the court's ruling, but that motion was denied without justification.

3. The court should reconsider its order granting the alleged consent motion, since said motion was **not** a consent motion and such motion would have been opposed by Plaintiffs.

Further, the court should reconsider its motion denying Plaintiffs' motion for reconsideration since the actions of the Defendants was so egregious and no explanation was offered as to the denial of Plaintiffs' motion for reconsideration.

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request this court reconsider its order denying Plaintiffs' motion for Reconsideration of the order granting Defendant's alleged consent motion.

Respectfully Submitted,

A/s/@_____
Diane M. Littlepage
Federal Bar No.:  10965
**DIANE M. LITTLEPAGE, P.A.**
1406B South Crain Highway, Suite 207
Glen Burnie, Maryland 21061
410-787-7009
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on this 27th day of March, 2003, a copy of the foregoing Plaintiffs' Motion for Reconsideration of Order Denying Plaintiffs' Motion for Reconsideration was mailed first class, postage prepaid to:

A. Gwynn Bowie, Esquire
Wharton, Levin, Ehrmantraut & Klein
104 West Street
P.O. Box 551
Annapolis, Maryland  21404-0551

Shadonna E. Hale, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
1341 G Street, N.W.
The Colorado Building, Ste. 500
Washington, DC  20005

J. Michael Sloneker, Esquire

Anderson, Coe & King
201 N. Charles Street
Baltimore, Maryland 21202

_____
Diane M. Littlepage