UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
| Plaintiffs | * | |
| v. | * | |
| NEIL PADGETT, M.D., ET AL. | * | Civil Action No.: MJG-02-CV-788 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE OF DISCOVERY

I hereby certify that on the 1st day of April, 2003, I mailed to counsel or pro se parties copies of Defendants' Cardiovascular Consultants, P.A.'s and Defendant James A. Ronan, Jr., M.D.'s Answers to Interrogatories and Responses to Request for Production of Documents to Judith Evans, et. al., Plaintiffs, and that I will retain the originals in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

*[signature on next page]*

#146117 v1 - Notice of Service re efiling to US District Court

136701.1                             1

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP


By: _____/S/_____
Shadonna E. Hale, Bar #08108
1341 G Street, N.W.,
The Colorado Building
Suite 500
Washington, DC  20005
(Tel.) 410 962-7023


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Service of Discovery was mailed postage prepaid, this

Diane M. Littlepage, Esquire
Federal Bar #10965
Diane M. Littlepage, PA
1406B Crain Highway, Suite 207
Glen Burnie, Maryland  21061
(410) 787-7009
*Attorneys for Plaintiff*

J. Michael Sloneker, Esquire
Suite 2000
201 N. Charles Street
Baltimore, Maryland  21201-4102

Andrew Gwynn Bowie, Jr., Esquire
104 West Street
P O Box 551
Annapolis, Maryland  21404-0551


_____
Shadonna E. Hale

sharemedmal standmed.rog

136701.1                                3