UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUDITH A. EVANS, et al. | * |
|    Plaintiffs | * |
| v. | * Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al | * |
|    Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE TO TAKE DEPOSITION

NOTICE IS HEREBY GIVEN, pursuant to the Federal Rules of Procedure, that the oral deposition will be taken of

| | |
|---|---|
| NAME: | Custodian of the Records for<br>Human Resource Department<br>Middle River Aircraft Systems<br>103 Chesapeake Park Plaza<br>Middle River, Maryland 21220 |
| DATE & TIME: | Wednesday, April 16, 2003, at 9:00 a.m. |
| PLACE: | Law Office of Diane M. Littlepage, P.A.<br>1406B S. Crain Highway, Suite 207<br>Glen Burnie, Maryland 21061 |

The said Deponent is to bring with him/her the following:

1.  Any and all employment records regarding Robert A. Evans (Date of Birth: ███ Social Security #: ███

**\*\*PLEASE BE ADVISED THAT YOUR ATTENDANCE IS NOT REQUIRED IF THE FOLLOWING REQUESTED DOCUMENTS ARE PRODUCED AT THE**

**OFFICES OF DIANE M. LITTLPAGE, P.A., 1406B S. CRAIN HIGHWAY, SUITE 207, GLEN BURNIE, MARYLAND 21061 ON OR BEFORE THE ABOVE-REFERENCED TIME AND DATE\*\***

 

_____
Diane M. Littlepage
Federal Bar No.: 10965
**DIANE M. LITTLEPAGE, P.A.**
1406B S. Crain Highway, Suite 207
Glen Burnie, Maryland 21061
410-787-7009
*Attorney for Plaintiffs*