UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2003, a copy of the foregoing Plaintiffs' Notice To Take Deposition of the Custodian of Records for Middle River Aircraft, was mailed first class, postage prepaid to:

J. Michael Sloneker, Esquire
Lynn Malone, Esquire
Anderson, Coe & King, LLP
201 North Charles Street
Suite 2000
Baltimore, Maryland 21201

A. Gwynn Bowie, Jr., Esquire
Douglas K. Schrader, Esquire
Wharton, Levin, Ehrmantraut & Klein
104 West Street
P.O. Box 551
Annapolis, Maryland 21401-051

Shadonna E. Hale, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
1341 G Street, N.W.
The Colorado Building
Suite 500
Washington, DC 20005

Respectfully Submitted,

_____
Diane M. Littlepage
Federal Bar No.: 10965
**DIANE M. LITTLEPAGE, P.A.**
1406B South Crain Highway, Suite 207
Glen Burnie, Maryland 21061
410-787-7009
*Attorney for Plaintiffs*