## Issued by the
# UNITED STATES DISTRICT COURT

For The                         DISTRICT OF   Maryland

Judith A. Evans, et al.
            V.        Plaintiffs
Neil Padgett, M.D., et al.

            Defendants

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] MJG-02-CV-788

TO: Custodian of Records for Human Resource
Middle River Aircraft Systems
103 Chesapeake Park Plaza
Middle River, Maryland  21220

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Employment Records for Robert A. Evans, DOB: 5/4/53, SSN: 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.

| PLACE  Law Office of Diane M. Littlepage 1406B S. Crain Hwy., Suite 207, Glen Burnie, MD  21061 | DATE AND TIME  4/16/03 at 9:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Diane M. Littlepage* - Atty P/ff. | 4/4/03 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Diane M. Littlepage, Esquire, 1406B S. Crain Highway, Suite 207, Glen Burnie, Maryland  21061   (410) 787-7009

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.