UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
|    Plaintiffs | * | |
| v. | * | |
| NEIL PADGETT, M.D., ET AL. | * | Civil Action No.: MJG-02-CV-788 |
|    Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT JAMES RONAN, M.D. AND
CARVIOVASCULAR CONSULTANTS P.A.s'
PRELIMINARY RULE 26(a)2 EXPERT WITNESS DISCLOSURES**

The Defendants expect to call the following expert witnesses at the trial of this matter:

1. Bruce Frank Waller, M.D., (Cardiology and Pathology)
   The Care Group
   8333 Naab Road, Suite 400
   Indianapolis, Indiana  46260

**Bruce Frank Waller, M.D.** is board certified in cardiology and pathology.  He is a Clinical Professor of Pathology and Medicine at the Indianapolis University School of Medicine, Director of the Cardiovascular Pathology Registry at St. Vincent Hospital, Medical Director of the Care Group Clinical Pathology, and a cardiologist at the Care Group Cardiology in Indiana.  He has authored articles and book chapters in the field of cardiology and pathology.

Dr. Waller has reviewed the medical records and autopsy slides.  He is expected to review deposition transcripts as they become available.  His opinions will be based upon his own experience, education, knowledge and training, and review of the materials.

It is expected that Dr. Waller will testify consistent with his report that has been provided under

separate cover. He is expected to testify that the healthcare providers met the standard of care. Specifically, he will testify that James Ronan, M.D. and Cardiovascular Consultants P.A. met the standard of care in their care and treatment of Robert Evans between 1998 and 2000. He will testify that no damages were caused by any alleged breach in the standard of care by Dr. Ronan or Cardiovascular Consultants.

Dr. Waller is expected to testify regarding the reduction in Robert Evans life expectancy due to his condition of hypertrophic cardiomyopathy. He also will testify regarding the condition and the autopsy findings in this case.

Dr. Waller's curriculum vitae, list of depositions and trial testimony, and statement of charges are being provided under separate cover. His opinions may be supplemented with the receipt of additional records and discovery material. He may specifically rebut the opinions of Plaintiffs' experts.

2. Stephen Achuff, M.D. (Cardiology)
   Johns Hopkins Hospital
   Carnegie Room 568
   600 North Wolfe Street
   Baltimore, MD  21287

**Stephen Achuff, M.D.** is a Cardiologist and a Professor of Medicine at the Johns Hopkins University. Dr. Achuff is board certified in internal medical and cardiology. He has authored articles and book chapters in the area of cardiovascular disease.

Dr. Achuff has reviewed the medical records of Robert Evans and he is expected to review deposition transcripts as they become available. His opinions will be based upon his own experience, education, knowledge and training, and review of the materials.

It is expected that Dr. Achuff will testify consistent with his report that has been provided under separate cover. He is expected to testify that James Ronan, M.D. and Cardiovascular Consultants P.A. met the standard of care in their care and treatment of Robert Evans between 1998

sharemedmal standmed.rog

and 2002.  He will testify that no damages were caused by any alleged breach in the standard of care by Dr. Ronan or Cardiovascular Consultants P.A.

Dr. Achuff may testify regarding the reduction in Robert Evans life expectancy due to his condition of hypertrophic cardiomyopathy.

Dr. Achuff's curriculum vitae, list of deposition and trial testimony, and statement of charges are being provided under separate cover.  His opinions may be supplemented with the receipt of additional records and discovery material.  He may specifically rebut the opinions of Plaintiffs' experts.

3. William R. Weisburger, M.D. (Pathology)
Anne Arundel Medical Center
Department of Pathology
2001 Medical Parkway
Annapolis, Maryland  21401

**William R. Weisburger, M.D.** is a pathologist.  He has reviewed the autopsy slides in this case and will testify regarding the findings.

Dr. Weisburger's curriculum vitae, list of deposition and trial testimony, and statement of charges are being provided under separate cover.  His opinions may be supplemented with the receipt of additional records and discovery material.  He may specifically rebut the opinions of Plaintiffs' experts.

4. Stephen Downing (Cardiovascular/Thoracic surgeon)
Western New York Cardiothoracic Surgery
Suite 310 Marion Professional Building
515 Abbott Road
Buffalo, NY  14220

**Stephen W. Downing, M.D**. is a cardiothoracic surgeon.  He has reviewed the medical records in this case and will testify regarding Mr. Evan's cardiovascular status, care, and treatment.

Dr. Downing's curriculum vitae, list of deposition and trial testimony, and statement of charges are being provided under separate cover. His opinions may be supplemented with the receipt of additional records and discovery material. He may specifically rebut the opinions of Plaintiffs' experts.

5.  Thomas Grogan (Economist)
    1700 Market Street
    Suite 2400
    Philadelphia, PA  19103

**Thomas Grogan** is an economist and will provide a report pending receipt of documents normally relied upon in projecting economic loss. He will review employment records, tax return records, and other documents of the decedent upon receipt from the plaintiffs. Such documents have been requested in discovery but have not been provided as of this date. Mr. Grogan will issue a report, which will be provided upon receipt of the necessary materials. Mr. Grogan's curriculum vitae, list of depositions and trial testimony, and statement of charges are being provided under separate cover. His opinions may be supplemented with the receipt of additional records and discovery material. He may specifically rebut the opinions of Plaintiffs' expert.

6.  These defendants reserve the right to supplement this identification upon completion of the depositions of plaintiffs' expert witnesses.

7.  These defendants reserve the right to supplement the above-described opinions of their experts based upon additional information, including but not limited to the detailed opinions of plaintiffs' experts as expressed in their depositions.

8.  These defendants reserve the right to call as witnesses and elicit expert testimony from any other defendant physician and/or from any expert witness identified by any other party to this action.

9.  These defendants reserve the right to elicit expert testimony from any of Mr.

sharemedmal standmed.rog

Evans' treating health care providers, to the extent of those treating health care providers' opinions formed as a result of and in the course of their care and treatment of Mr. Evans. These physicians include, but are not necessarily limited to, Paul Young-Hyman, M.D., Ferdinand C. Rodriguez, M.D., Joseph H. Kim, M.D., Steven J. Abert, M.D., Elliott Gorbaty, M.D., Mark Goldstein, M.D. and Edwin C. Fulton, M.D.

_____/S/_____
Shadonna E. Hale, Bar #08108
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
1341 G Street, N.W.,
The Colorado Building
Suite 500
Washington, DC  20005
(Tel.) 410 962-7023

sharemedmal standmed.rog

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of April, 2003, I caused a copy of the foregoing

Rule 26 (a)(2) Disclosures to be served via efiling, facsimile and via first-class, postage-prepaid mail to:

Diane M. Littlepage, Esquire
Federal Bar #10965
Diane M. Littlepage, PA
1406B Crain Highway, Suite 207
Glen Burnie, Maryland  21061
(410) 787-7009
*Attorneys for Plaintiff*

Lynne B. Malone, Esquire
Anderson, Coe & King
Suite 2000
201 N. Charles Street
Baltimore, Maryland  21201-4102

Douglas K. Schrader, Esquire
Wharton Levin Ehrmantraut & Klein
104 West Street
P O Box 551
Annapolis, Maryland  21404-0551

_____/S/_____
Shadonna E. Hale

sharemedmal standmed.rog