UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUDITH A. EVANS, et al. | * |
|     Plaintiffs | * |
| v. | *   Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * |
|     Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE TO TAKE DEPOSITION DUCES TECUM**

NOTICE IS HEREBY GIVEN, pursuant to the Federal Rules of Procedure, that the oral deposition will be taken of

    NAME:                  Custodian of the Records for Verizon
                                        1095 Avenue of the Americas
                                        Room 2900
                                        New York, NY 10036

    DATE & TIME          Thursday, May 29, 2003 at 1:00 p.m.

    PLACE:                  Law Office of Diane M. Littlepage, P.A.
                                        1406B S. Crain Highway, Suite 207
                                        Glen Burnie, Maryland 21061

The said Deponent is to bring with him/her the following:

1. A complete and legible copy of any telephone records from **October 4, 2000,**

    **for the following telephone calls:**    From:  Middle River Aircraft Systems
                                                                       103 Chesapeake Park Plaza
                                                                       Middle River, Maryland 21220
                                                                       (410) 682-1000

                                                               To:    Neil Padgett, M.D.
                                                                        Maryland Primary Care Physicians
                                                                       7711 Quarterfield Road, Suite A
                                                                       Glen Burnie, Maryland  21061
                                                                       (410) 761-5600

    **\*\*PLEASE BE ADVISED THAT YOUR ATTENDANCE IS NOT REQUIRED IF**

**THE FOLLOWING REQUESTED DOCUMENTS ARE PRODUCED AT THE OFFICES OF DIANE M. LITTLPAGE, P.A., 1406B S. CRAIN HIGHWAY, SUITE 207, GLEN BURNIE, MARYLAND 21061 ON OR BEFORE THE ABOVE-REFERENCED TIME AND DATE**

_____
Diane M. Littlepage
Federal Bar No.: 10965
**DIANE M. LITTLEPAGE, P.A.**
1406B S. Crain Highway, Suite 207
Glen Burnie, Maryland 21061
410-787-7009
*Attorney for Plaintiffs*