UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * | |
| Defendants | * | |

* * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of May, 2003, a copy of the foregoing Plaintiffs' Notice To Take Deposition Duces Tecum of the Custodian of Records for Verizon was mailed first class, postage prepaid to:

J. Michael Sloneker, Esquire
Lynn Malone, Esquire
Anderson, Coe & King, LLP
201 North Charles Street
Suite 2000
Baltimore, Maryland 21201

A. Gwynn Bowie, Jr., Esquire
Douglas K. Schrader, Esquire
Wharton, Levin, Ehrmantraut & Klein
104 West Street
P.O. Box 551
Annapolis, Maryland 21401-051

Shadonna E. Hale, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
1341 G Street, N.W.
The Colorado Building
Suite 500
Washington, DC 20005

Custodian of the Records for Verizon

1095 Avenue of the Americas
Room 2900
New York, NY  10036

        Respectfully Submitted,

        _____
        Diane M. Littlepage
        Federal Bar No.:  10965
        **DIANE M. LITTLEPAGE, P.A.**
        1406B South Crain Highway, Suite 207
        Glen Burnie, Maryland 21061
        410-787-7009
        *Attorney for Plaintiffs*