# *DIANE M. LITTLEPAGE, P.A.*

Crain Professional Building
1406 B South Crain Highway, Suite 207
Glen Burnie, Maryland 21061
Tel: (410) 787-7009
Fax: (410) 787-7090
Toll Free: (888) 578-7317

*ADMITTED IN*:

MARYLAND
DISTRICT OF COLUMBIA

TARA A. ELLIS
KIMBERLY A. PIERSON
PAMELA B. ADKINS

*LEGAL ASSISTANTS*

July 25, 2003

The Honorable Marvin J. Garbis
Chambers 5C
U.S. Court House
101 West Lombard Street
Baltimore, Maryland  21201

      RE:    <u>Judith A. Evans, et al. v. Neil Padgett, M.D., et al.</u>
              Civil Action No.: MJG-02-CV-788

Dear Judge Garbis:

      The status report of Mr. Schrader reflects the status of this matter. This is a complicated, wrongful death case with numerous expert witnesses located throughout the United States. All counsel are cooperating in pursuing discovery and are acting in good faith to complete discovery in a timely manner. I will be submitting a consent motion for extension of the discovery deadlines during the week of August 4, 2003.

      Plaintiffs join in Defendants' request for referral of this case for settlement or other options for resolution. Should you have any questions or concerns following your review of this letter, please feel free to contact me.

                                Very Truly Yours,

                                  **DIANE M. LITTLEPAGE, P.A.**

                                Diane M. Littlepage

Cc:  Shadonna Hale, Esq.
     Douglas Schrader, Esq.
     Lynne Malone, Esq.