July 25, 2003

**VIA FACSIMILE AND FIRST CLASS MAIL**
1-410-962-0896
The Hon. Marvin J. Garbis
Garmatz Federal Court House
Chambers 5C
101 W. Lombard Street
Baltimore, MD 21201

    Re:    <u>Evans v. Okun, M.D., et al.</u>
              Civil Action No. MJG-02-CV-788
              Our File No. 256-948

Dear Judge Garbis:

      As one of the attorneys, along with A. Gwynn Bowie, Jr. of this office, representing defendants, Marc Okun, M.D., Doyle & Okun Cardiology Associates, P.A., Kamal Batcha, M.D., and Maryland Pulmonary & Critical Care Group, P.A., I am writing to provide the Court with a brief status report pursuant to the Scheduling Order in this matter:

      a.  Not all discovery has been completed.

      b.  To the best of undersigned counsel's knowledge, no motions are currently pending.

      c.  At the present time, the undersigned has no specific intention to file a dispositive pretrial motion, although such is a possibility based upon future discovery.

      d.  This case is expected to be tried before a jury. The undersigned estimates that these defendants' portion of the trial will occupy approximately 2-3 trial days. The undersigned estimates the entire length of trial to be approximately two weeks.

      e.  Because discovery has not yet been completed (some of plaintiffs' experts remain to be deposed, with defendants' expert witnesses to be deposed immediately thereafter), the parties have not yet met to conduct serious settlement negotiations.

July 30, 2003
Page 2


  f. It may be helpful to refer this case to another judge for settlement or other ADR conference after more discovery has been accomplished.

  g. At the present time, the undersigned would consent to a US Magistrate Judge conducting certain proceedings in this case, although at the present time the undersigned, on behalf of these defendants, does not consent to a US Magistrate Judge conducting trial and entering final judgment.

  h. It is anticipated that the parties will be filing a joint motion for modification of the scheduling order, and specifically the discovery deadline, in the very near future.

            Sincerely,


            _____
            Douglas K. Schrader, Bar No. 09269
            Wharton, Levin, Ehrmantraut & Klein
            104 West Street, P.O. Box 551
            Annapolis, MD   21401-0551
            (410)263-5900
            Attorney for Marc Okun, M.D., Doyle &
            Okun Cardiology Associates, P.A., Kamal
            Batcha, M.D. and Maryland Pulmonary &
            Critical Care Group, P.A.

DKS/dp
cc: Diane Littlepage, Esquire (via fax and first class mail)
   Lynne Malone, Esquire   (via fax and first class mail)
   Shadonna Hale, Esquire   (via fax and first class mail)

July 30, 2003
Page 3


bcc:   A. Gwynn Bowie, Jr., Esquire
       Gregg Pritchard
       Claim No.  101105-03/0601
       Marc Okun, M.D.
       Kamal Batcha, M.D.