LAW OFFICES

# ANDERSON, COE & KING, LLP

201 NORTH CHARLES STREET
SUITE 2000
BALTIMORE, MARYLAND 21201-4135
————————

TELEPHONE: (410) 752-1630
FACSIMILE:   (410) 752-0085

LYNNE B. MALONE
————————

July 25, 2003

Via Hand Delivery

The Honorable Marvin J. Garbis
United States District Court for the
 District of Maryland
U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

> **Re:  *Evans, et al. v. Padgett, M.D., et al.*
> *Civil Action No. MJG-02-788***

Dear Judge Garbis:

I write to provide the Court with a status report, pursuant to the Court's Scheduling Order, on behalf of our clients, Neil Padgett, M.D. and Maryland Primary Care Physicians, LLC.  The following is the status of the case at present.

**a.    Discovery**

Discovery has not been completed.  The parties have been deposed.  The depositions of the remaining expert witnesses designated by Plaintiffs have been scheduled in September and early October.  We anticipate that the depositions of defense experts will begin in October.

**b.    Pending Motions**

There are no pending motions.  However, the parties anticipate filing a joint motion, for the Court's consideration, to extend the discovery deadline.

**c.    Dispositive Pre-Trial Motions**

At this time, we have not determined whether we will file dispositive motions.

The Honorable Marvin J. Garbis
Evans v. Padgett, M.D.
July 25, 2003
Page 2


    **d.**    **Trial by jury/non jury; anticipated length of trial**

We expect this to be a jury trial.  Given the number of parties, it is anticipated that the trial will last two weeks.

    **e.**    **Settlement negotiations**

Because discovery has not been completed, the parties have not met to conduct settlement negotiations.

    **f.**    **Referral to another judge for settlement conference/ADR**

We believe that this may be a consideration, after discovery has been completed.

    **g.**    **Consent to have magistrate conduct proceedings**

At this time, our clients do not consent to have a U.S. Magistrate conduct further proceedings, including trial and/or entry of final judgment.

    **h.**    **Other matters**

We believe that due to the number of parties and the number of expert witnesses, it would be appropriate to extend the discovery deadline for a reasonable amount of time.  As mentioned previously, the parties anticipate filing for this Court's consideration a joint motion to extend the discovery deadlines.

Should you have any questions of us or need more information, please do not hesitate to call my partner, Michael Sloneker, or me.

    Very truly yours,


    Lynne B. Malone


LBM/kgk

cc:  Diane M. Littlepage, Esquire
      Shadonna E. Hale, Esquire
      Douglas K. Schrader, Esquire