# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1341 G Street, N.W., The Colorado Building, Suite 500, Washington, DC 20005
Tel: (202) 626-7660  Fax: (202) 628-3606

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago*
*White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com

FILED ___  ENTERED ___
LODGED ___  RECEIVED ___

AUG 6 2003
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

August 4, 2003

*Shadonna E. Hale*
*Direct Tel: (410) 962-7023*
*Fax: (410) 962-8758*
*e-mail  hales@WEMED.com*

The Honorable Marvin J. Garbis
United States District Court for the
District of Maryland
U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

**RECEIVED**
**IN THE CHAMBERS OF**
**MARVIN J. GARBIS**

AUG 0 4 2003

**UNITED STATES DISTRICT COURT**

Re:  Evan *et al.* v. Padgett, M.D., *et al*
Civil Action No. MJG-02-788
Client No. 00708.00097

Dear Judge Garbis:

I write to provide the Court with a status report, pursuant to the Court's Scheduling Order, on behalf of our clients, James Ronan, M.D. and Cardiovascular Consultants. It was my understanding that plaintiffs' counsel was going to do a submission on behalf of all parties. The following is the status of the case at present:

a.  **Discovery**

Discovery has not been completed. While the numerous parties have been deposed, there are many expert depositions outstanding. The Plaintiffs' expert witnesses, with the exception of one, have now been scheduled in September and early October. We anticipate that the depositions of defense experts will begin in October.

b.  **Pending Motions**

There are no pending motions. However, the parties anticipate filing a joint motion, for the Court's consideration, to extend the deadlines in the case.

**Dispositive Pre-Trial Motion**

There has been no determination as to the filing of dispositive motions.

155853.1

The Honorable Marvin J. Garbis
July 30, 2003
Page 2

     d.    **Trial by jury/non jury; anticipated length of trial**

We expect this to be a jury trial that will last at least two weeks.

     e.    **Settlement negotiations**

Because discovery has not been completed, the parties have not met to discuss settlement.

     f.    **Referral to another judge for settlement conference/ADR**

We believe that this may be considered after discovery has been completed.

     g.    **Consent to have magistrate conduct proceedings**

At this time, our clients do not consent to have a U.S. Magistrate conduct further proceedings, including trial and/or entry of final judgment.

     h.    **Other matters**

We believe that due to the number of parties and the number of expert witnesses, it would be appropriate to extend the discovery deadline for a reasonable amount of time. As mentioned previously, the parties anticipate filing for this Court's consideration a joint motion to extend the discovery deadlines.

If you have any questions, please feel free to contact me.

               Very truly yours,

               Shadonna E. Hale

SEH/das

Cc:    Diane M. Littlepage, Esquire
       Lynne B. Malone, Esquire
       Douglas K. Schrader, Esquire

155853.1