UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * | |
| Defendants | * | |

* * * * * * * * * * * * *

**CONSENT MOTION TO EXTEND DEADLINES**

COME NOW the Parties, by and through their attorneys and move this court to extend the scheduling order in this matter and for reasons state:

1. This is a very complicated medical negligence case, resulting in the death of Robert Evans, which requires much expert witness testimony. Eighteen expert witnesses have been identified by the parties; these witnesses are located throughout the United States and scheduling the depositions has been difficult. Despite these difficulties, the parties are cooperating and discovery is proceeding in an orderly and timely fashion.

2. The parties are in agreement that an extension of the discovery and deadlines will facilitate the resolution of this matter. An extension of the deadlines will not result in prejudice to any party.

WHEREFORE, Parties respectfully request this Court extend the following deadlines:

    a.    Overall Discovery:    January 9, 2004

    b:    Status Report    January 9, 2004

    c:    Motions Deadline:    February 6, 2004

                                                          Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Shadonna E. Hale | Diane M. Littlepage |
| Wilson, Elser, Moskowitz, Edelman & Dicker, LLP | Bar No. 10965 |
| 1341 G Street, N.W. | 1406B S. Crain Hwy, Ste. 207 |
| Ste. 500 | Glen Burnie, Maryland 21061 |
| Washington, DC 20005 | 410-787-7009 |
| *Attorney for Defendant Ronan, M.D.* | *Attorney for Plaintiffs* |
| | |
| /s/ | /s/ |
| A. Gwynn Bowie, Jr. | J. Michael Sloneker |
| Wharton, Levin, Ehrmantraut & Klein | Anderson, Coe & King |
| 104 West Street | 201 North Charles Street |
| P.O. Box 551 | Ste. 2000 |
| Annapolis, Maryland 21401-0551 | Baltimore, Maryland 21201 |
| *Attorney for Defendants Batcha, M.D. & Okun, M.D.* | *Attorney for Defendant Padgett, M.D.* |