UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO EXTEND DEADLINES**

COME NOW the Parties, by and through their attorneys and move this court to extend the scheduling order in this matter and for reasons state:

1. This is a very complicated medical negligence case, which the Plaintiffs claim resulted in the death of Robert Evans, and which requires much expert witness testimony. Eighteen expert witnesses have been identified by the parties; these witnesses are located throughout the United States and scheduling the depositions has been difficult. Despite these difficulties, the parties are cooperating and discovery is proceeding in an orderly and timely fashion.

2. The parties are in agreement that an extension of the discovery and other deadlines will facilitate the resolution of this matter. An extension of the deadlines will not result in prejudice to any party.

WHEREFORE, Parties respectfully request this Court extend the following deadlines:

    a.    Overall Discovery:    February 27, 2004

    b:    Status Report    February 27, 2004

    c:    Motions Deadline:    March 19, 2004

Respectfully submitted,

_____/s/_____
Shadonna E. Hale
Wilson, Elser, Moskowitz, Edelman &
    Dicker, LLP
1341 G Street, N.W.
Ste. 500
Washington, DC 20005
*Attorney for Defendant Ronan, M.D.*

_____/s/_____
Diane M. Littlepage
Bar No. 10965
1406B S. Crain Hwy, Ste. 207
Glen Burnie, Maryland 21061
410-787-7009
*Attorney for Plaintiffs*

_____/s/_____
A. Gwynn Bowie, Jr.
Wharton, Levin, Ehrmantraut & Klein
104 West Street
P.O. Box 551
Annapolis, Maryland 21401-0551
*Attorney for Defendants Batcha, M.D.*
    *& Okun, M.D.*

_____/s/_____
J. Michael Sloneker
Anderson, Coe & King
201 North Charles Street
Ste. 2000
Baltimore, Maryland 21201
*Attorney for Defendant Padgett, M.D.*