UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PLAINTIFFS' STATUS REPORT

COME NOW the Plaintiffs, Judith Evans, *et al.*, by and through their attorneys Diane M. Littlepage and Diane M. Littlepage, P.A. and, pursuant to this court's order, submit this status report and state:

1.   Discovery has not been completed, but dates have been provided for all of the remaining expert witnesses except for Dr. Morse and Dr. Weisberger.

2.   No motions are currently pending, but Plaintiffs will be filing a motion to exclude Drs. Morse and Weisberger from testifying at trial in this matter.

3.   A jury has been requested by the parties.  It is anticipated that trial will last for a minimum of two (2) weeks.

4.   Now that discovery is in its final stages, Plaintiffs will be making demand in this medical negligence case which resulted in death.  At prior conferences between the court and counsel, assignment of the case for settlement has been discussed.  Plaintiffs believe this would

be beneficial and request that the court schedule such a conference and assign a judge for settlement discussions.

     5.     Plaintiffs consent to having the case tried by a magistrate judge.

Respectfully submitted,

\_\_/s/_____
Diane M. Littlepage
Fed. Bar.: 10965
**DIANE M. LITTLEPAGE, P.A.**
1406B S. Crain Highway
Suite 207
Glen Burnie, Maryland 21061
410-787-7009
*Attorney for Plaintiffs*