L‍YNNE B. M‍ALONE

February 26, 2004

The Honorable Marvin J. Garbis
United States District Court for the
 District of Maryland
U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

    *Re:  Evans, et al. v. Padgett, M.D., et al.*
         *Civil Action No. MJG-02-788*

Dear Judge Garbis:

    I write to provide the Court with a status report, pursuant to the Court's Scheduling Order, on behalf of our clients, Neil Padgett, M.D. and Maryland Primary Care Physicians, LLC.  The following is the status of the case at present.

**a.**    **Discovery**

    Almost all of the discovery in this case has been completed.  Due to recent scheduling problems, the depositions of two defense experts have not been done, but are scheduled to be completed within the next several weeks.  We must also depose several fact witnesses.  We do not anticipate any problems scheduling these depositions.

**b.**    **Pending Motions**

    There are no pending motions.

c.  **Dispositive Pre-Trial Motions**

At this time, we do not anticipate filing dispositive motions.

d.  **Trial by jury/non jury; anticipated length of trial**

We expect this to be a jury trial. Given the number of parties, it is anticipated that the trial will last two weeks.

e.  **Settlement negotiations**

Because discovery has not been completed, the parties have not met to conduct settlement negotiations.

f.  **Referral to another judge for settlement conference/ADR**

We believe that this may be a consideration, after discovery has been completed.

g.  **Consent to have magistrate conduct proceedings**

At this time, our clients do not consent to have a U.S. Magistrate conduct further proceedings, including trial and/or entry of final judgment.

h.  **Other matters**

None at this time.

Should you have any questions of us or need more information, please do not hesitate to call my partner, Michael Sloneker, or me.

    Very truly yours,

    /s/

    Lynne B. Malone

LBM/kgk

cc:  Diane M. Littlepage, Esquire
    Shadonna E. Hale, Esquire
    Douglas K. Schrader, Esquire