# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1341 G Street, N.W., The Colorado Building, Suite 500, Washington, DC 20005
Tel: (202) 626-7660   Fax: (202) 628-3606

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago • White Plains, NY
Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • McLean, VA • London
Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

—

www.wemed.com

WRITER'S DIRECT DIAL (410) 962-7023
ADMITTED IN MD/DC

February 26, 2004

The Honorable Marvin J. Garbis
United States District Court for the
District of Maryland
U.S. Court House
101 West Lombard Street
Baltimore, Maryland 21201

    **Re:**  Evans *et al.* **v. Padgett, M.D.,** *et al*
       **Civil Action No. MJG-02-788**
       **Client No. 00708.00097**

Dear Judge Garbis:

  I am writing to provide the Court with a status report pursuant to the Court's Order of December 19, 2003, on behalf of our clients, James Ronan, M.D., and Cardiovascular Consultants. The following is the status of the case at present:

  **a.**  **Discovery**

  Discovery has been completed, with the exception of two witnesses designated by the co-defendants. Both depositions have been scheduled and will be completed by March 30. There has also been a request for the depositions of the coworkers of decedent and it is hoped that they could be completed by March 31.

  **b.**  **Pending Motions**

170601.1

The Honorable Marvin J. Garbis
February 26, 2004
Page 2

There are no pending motions. However, the parties anticipate filing a joint motion, for the Court's consideration, to extend the deadlines in the case.

    **c.**    **Dispositive Pre-Trial Motion**

There has been no determination as to the filing of dispositive motions.

    **d.**    **Trial by jury/non jury; anticipated length of trial**

We expect this to be a jury trial that will last at least two to three weeks.

    **e.**    **Settlement negotiations**

Because discovery has not been completed, the parties have not met to discuss settlement.

    **f.**    **Referral to another judge for settlement conference/ADR**

We believe that this may be considered after discovery has been completed.

    **g.**    **Consent to have magistrate conduct proceedings**

At this time, our clients do not consent to have a U.S. Magistrate conduct further proceedings, including trial and/or entry of final judgment.

    **h.**    **Other matters**

We believe that due to the number of parties and the number of expert witnesses, it would be appropriate to extend the discovery deadline for another five weeks. As mentioned previously, the parties anticipate filing for this Court's consideration a joint motion to extend the discovery deadlines.

If you have any questions, please feel free to contact me.

                          Very truly yours,

                          Shadonna E. Hale

170601.1

The Honorable Marvin J. Garbis
February 26, 2004
Page 3

cc:    Diane M. Littlepage, Esquire
       Lynne B. Malone, Esquire
       Douglas K. Schrader, Esquire

170601.1