| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | IN THE |
| Plaintiff | * | HEALTH CLAIMS ARBITRATION OFFICE |
| v. | * | |
| NEIL PADGETT, M.D., et al. | * | OF MARYLAND |
| | * | HCA NO.: |
| Defendants | | |

* * * * * * * * * * * *

## CLAIMANT'S CERTIFICATE OF MERIT

I, Dan Fintel,, M.D., hereby certify that I have reviewed the medical records of Robert Evans. Based upon my review of these records, it is my opinion that there was a departure from the standards of care to Robert Evans, and that as a direct and proximate result thereof, the Claimant has sustained injuries and damages.

I certify that I am a medical doctor and that I devote annually less than 20% of my professional activities to matters that directly involve testifying in personal injury and medical malpractice cases.

_____
Dan Fintel, M.D.

HEALTH CLAIMS
ARBITRATION OFFICE
BY: Harry R Chase
Director

TRUE COPY TEST

EXHIBIT 2