NORTHWESTERN UNIVERSITY MEDICAL SCHOOL



DAN J. FINTEL, M.D.
DIRECTOR, CORONARY CARE UNIT
ASSOCIATE PROFESSOR OF MEDICINE
312-695-2745 Office  312-695-0866 Fax
dfintel@northwestern.edu

**ROBERT EVANS**
Diane M. Littlepage
Phone: (888) 578-7317
Fax:   (410) 787-7090

Robert Evans was a 47-year-old male who expired on 10/4/2000. His past medical history was remarkable for a long history of hypertrophic cardiomyopathy with echocardiograms that had revealed normal left ventricular function. His symptoms were fatigue and severe shortness of breath with exertion. He achieved some degree of stability on a regimen of oral Norpace 300 bid, Varapamil 480 mg daily as well as Lasix, K-Dur, Singulair, Reglan, Prevacid, Serevent, Glucophage 1000 bid (for adult onset diabetes), Albuterol inhaler, Flagyl and tetracycline. He also had a history of severe reflux with biopsy-proven esophagitis and significant bronchospastic disease. Attempts were made to add a low dose beta blocker by Dr. Oken on 7/14/2000 because of persistent symptoms. He saw his internist, Dr. Padgett, folowing discharge at Arundel Hospital in June. He was last seen by Dr. Padget on 10/3/200. At that time, because of what was thought to be worsening GERD and shortness of breath, Prevacid was continued. Nitrodur was added for what was thought to be CHF and mild hypertension. The Nitrodur dose was 0.6 mg. Apparently the next day when the patient began treatment he shortly became weak with vomiting and sweatiness. He went to the doctor's office and then was transferred to the Emergency Room. There he rapidly developed cardiogenic shock with intubation required. Upon admission to the Emergency Room his electrocardiogram showed a bundle branch block. Cardiac enzymes showed no necrosis and his potassium was quite elevated. It was thought that he was in atrial fibrillation as well. He became rapidly more acidotic and hypotensive requiring intubation. He coded soon afterwards and could not be resuscitated. He expired within a day.

Post mortem exam revealed evidence of severe multi-vessel coronary artery disease. Examination of his heart revealed severe triple vessel disease and signs of a recent anteroseptal myocardial infarction. Reconstructing the scenario, I believe that the patient deteriorated hemodynamically rapidly after the initiation of Nitrodur at a dose of 0.6 mg daily. This reduction in preload led to the rapid development of cardiogenic shock.

In summary, this 47-year-old male with hypertrophic cardiomyopathy and the recent administration of nitroglycerin died due to the abrupt decline in hemodynamic status following this inappropriate medication. In a patient with complex cardiomyopathy and

GALTER 10-240 ◆ 201 E. HURON STREET ◆ CHICAGO, IL 60611

**EXHIBIT 3**

many cardiologic drugs, Dr. Padgett should have deferred to the opinion of a cardiologist before beginning nitrate therapy.

This represents a preliminary report, and I await further information as it becomes available.

*Dan J. Fintel*

Dan Fintel, MD