UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**REQUEST FOR HEARING**

Plaintiffs' hereby request a hearing on Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss or, in the Alternative, For Summary Judgment.

Respectfully submitted,

____/s/_____
Diane M. Littlepage
Federal Bar No.: 10965
**DIANE M. LITTLEPAGE, P.A.**
1406B S. Crain Highway, Suite 207
Glen Burnie, Maryland 21061
410-787-7009
*Attorney for Plaintiffs*