**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

UPON CONSIDERATION of Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss or, in the Alternative, For Summary Judgment and any reply thereto, it is hereby

ORDERED this _____ day of _____, 2003, that Defendants' Motion to Dismiss or, in the Alternative, For Summary Judgment is hereby DENIED.


_____
**Judge Marvin Garbis**



Cc:  Diane M. Littlepage, Esq.
     Shadonna Hale, Esq.
     Michael Sloneker, Esq.
     Gwynn Bowie, Esq.