UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUDITH A. EVANS, et al.     *

    Plaintiffs     *

v.     *     Civil Action No.: MJG-02-CV-788

NEIL PADGETT, M.D., et al.     *

    Defendants     *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**PLAINTIFFS' MOTION TO EXCLUDE OPINIONS OF
<u>MICHAEL KELEMEN, M.D. CONTAINED IN HIS SUPPLEMENTAL REPORT</u>**

COME NOW the Plaintiffs, Judith Evans, *et al.,* by and through her attorneys Diane M. Littlepage and Diane M. Littlepage, P.A. and move this court to exclude opinions contained in the supplemental report of Dr. Kelemen and in support thereof state:

1. This is a medical negligence case alleging that numerous health care providers of Plaintiffs' decedent, Robert Evans, negligently failed to diagnose and treat coronary artery disease, resulting in the untimely death of Mr. Evans.

2. On March 19, 2003, over opposition of Plaintiffs, Defendants deadline for providing expert witness identification and reports was extended to April 28, 2003.  (see attached exhibit A).

3. Prior to this deadline, Defendants' expert witness, Michael Keleman, M.D. issued his report dated April 24, 2003.  (see attached exhibit B).

4. Pursuant to a Consent Motion to Extend Discovery, the overall discovery deadline was extended to February 27, 2004.  The deadline for filing motions was extended to March 18, 2004.  (see attached exhibit C).

5. On March 22, 2004, Plaintiffs received a "supplemental" report from Dr.

Kelemen. (see attached exhibit D). During Dr. Kelemen's deposition of March 24, 2004, he testified that defense counsel had asked him to prepare the supplemental report the week prior to his deposition. (see depo. Kelemen, p. 56, ln. 16-21). Dr. Kelemen's supplemental report was prepared and offered almost a year after the deadline for defense experts to disclose their opinions in this matter. No reason for this belated disclosure has ever been offered.

6. The issue of late expert opinions has been addressed by Maryland courts in the past and these opinions have been excluded. In *Shelton, et al. v. Kirson, et al.,* 119 Md. App. 325, 705 A.2d 25, 1998, the plaintiff attempted to identify additional expert witnesses nine months after the deadline, as well as hiring another expert witness a year after the discovery deadline. The court correctly precluded these expert witnesses because of the ***gross*** departure from the discovery schedule. (emphasis added). In fact, the court cited Judge Thieme's opinion in *Naughton v. Bankier,* 114 Md. App. 641, 654, 691 A.2d 712 (1997) which stated:

> The record is … devoid of any reason why an expert witness should be named belatedly over one year after the expiration of the disclosure period and be allowed to testify. For a trial court to permit a party to deviate so from a scheduling order without a showing of good cause is, on its face, prejudicial and fundamentally unfair to opposing parties, and would further contravene the very aims [of the rule] by decreasing the value of scheduling orders to the paper upon which they are printed.

7. In the present matter, the record is devoid of any reason why Dr. Kelemen's expert report was supplemented almost one year after the deadline for providing defense expert reports and almost a month after the close of discovery. The *Shelton* court has held this time period to be a gross departure from the scheduling order. To allow Dr. Kelemen to testify as to matters contained in his supplemental report defies the value of the scheduling order and is prejudicial to Plaintiffs who have complied with the scheduling order.

8. Defendants will not be prejudiced by excluding the opinions contained in Dr. Kelemen's belated, supplemental report.

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request that the opinions of Dr. Kelemen contained in his supplemental report of March 22, 2004, be excluded from the trial in this matter.

Respectfully submitted,

_____/s/_____
Diane M. Littlepage
Federal Bar No.:  10965
**DIANE M. LITTLEPAGE, P.A.**
1406B S. Crain Highway, Suite 207
Glen Burnie,  Maryland  21061
410-787-7009
*Attorney for Plaintiffs*