UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of Plaintiffs' Motion To Exclude Opinions Of Michael Kelemen, M.D., Contained In His Supplemental Report, it is hereby

ORDERED this _____ day of _____, 200\_\_\_, that Plaintiffs' Motion To Exclude Opinions In Michael Kelemen, M.D.'s Supplemental Report is hereby GRANTED.

_____
**Judge Marvin Garbis**

cc:  Diane M. Littlepage, Esq.
     Shadonna Hale, Esq.
     Michael Sloneker, Esq.
     Gwynn Bowie, Esq.