**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JUDITH A. EVANS, et al. | * |
| Plaintiffs | * |
| v. | *   Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * |
| Defendants | * |

* * * * * * * * * * * * *

**PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO EXCLUDE OPINIONS OF MICHAEL KELEMEN, M.D. CONTAINED IN HIS SUPPLEMENTAL REPORT**

COME NOW the Plaintiffs, Judith Evans, *et al.,* by and through her attorneys Diane M. Littlepage and Diane M. Littlepage, P.A. and in reply to Defendants' response to Plaintiffs' Motion state:

1. In this medical negligence case alleging that numerous health care providers of Plaintiffs' decedent, Robert Evans, negligently failed to diagnose and treat coronary artery disease, resulting in the untimely death of Mr. Evans, all of the experts (both plaintiff and defendant) clarified and expanded their initial opinions. In fact, Plaintiffs' expert reports were due prior to the completion of the depositions of some of the defendants. Plaintiffs' experts then utilized this information in rendering their opinions at the time of deposition. However, other than Dr. Keleman, all these expanded opinions were rendered **prior** to the discovery deadline.

2. Dr. Keleman's supplemental report was prepared at the request of defense counsel who requested the report one week before the deposition. Dr. Keleman had all the information for the basis of his report prior to preparing the report, yet Dr. Keleman did not prepare such a report until after the discovery deadline and only at the request of counsel.

3. It is well established that expert witnesses can utilize the opinions of other experts and fact witnesses to formulate and expand their opinions; many of the experts did so in this case and supplied these opinions in a timely manner. Dr. Keleman's supplemental report was a result of the review of the depositions of Plaintiffs' experts who opined that Mr. Evans died of a myocardial infarction. (see depo. p. 56, ln. 1-15). However, the deposition of Plaintiffs' final expert was completed on December 15, 2003. There was more than ample time for Dr. Keleman to issue his supplemental report before the discovery deadline.

4. In the pending case of *Appler, et al. v. Greater Baltimore Medical Center, et al.,* Circuit Court for Baltimore Co., Case No.: 03-C-02-013692, Defendants attempted to identify an additional expert witness after the time period for identifying such witnesses. Plaintiffs filed a motion to strike this witness, utilizing the same basis as Plaintiffs' pending motion in this matter. On April 13, 2004, Plaintiffs' motion in the *Appler* case was granted. (see attached order).

WHEREFORE, for the reasons stated previously and above, Plaintiffs respectfully request that the opinions of Dr. Kelemen contained in his supplemental report of March 22, 2004, be excluded from the trial in this matter.

Respectfully submitted,

____/s/_____
Diane M. Littlepage
Federal Bar No.: 10965
**DIANE M. LITTLEPAGE, P.A.**
1406B S. Crain Highway, Suite 207
Glen Burnie, Maryland 21061
410-787-7009
*Attorney for Plaintiffs*