## Page 53

1  A   I don't think I did.
2  Q   Did you type that yourself, Doctor, or did
3  you dictate it?
4  A   No, I dictated it.
5  Q   Did you fax a copy of this over to
6  Mr. Schrader's office?
7  A   I'm not -- I assume I did. I don't
8  remember exactly how I sent it here, but I probably
9  faxed it and sent it.
10 Q   What input did Mr. Schrader or anyone in
11 his office have in you developing this report?
12 A   This was based on my review of the medical
13 record. There was no input.
14 Q   What is your definition of standard of
15 care?
16 A   Standard of care is what I believe a
17 competent physician -- is the care a competent
18 physician would render in a particular situation.
19 Q   In your cardiac practice, do you typically
20 evaluate your patients for coronary artery disease?
21      MS. HALE: Objection.

## Page 54

1       MR. SCHRADER: Objection to the breadth of
2  the question.
3  A   Yes, because that's the -- those are most
4  of my patients.
5  Q   Most of your patients have coronary artery
6  disease?
7  A   Correct. Correct.
8  Q   Of your patients with coronary artery
9  disease, what percentage of them also have other
10 cardiac problems?
11 A   Oh, other cardiac problems?
12 Q   Correct.
13 A   I would say 10 or 15 percent would have
14 other cardiac problems.
15 Q   And you would treat each of those cardiac
16 problems individually? I mean, would you treat, say,
17 a patient who had valvular disease, you would treat
18 the valvular disease as well as treating their
19 coronary artery disease?
20 A   Yes, certainly.
21 Q   On March 22nd, I received a fax from

## Page 55

1  Mr. Schrader of a supplemental report that you had
2  prepared. Do you have that with you today?
3  A   I do.
4  Q   You do?
5  A   I do, yes.
6  Q   What additional information did you receive
7  between April of 2003 and March of 2004 that prompted
8  you to make the supplemental report?
9  A   I reviewed all of the -- I had not seen any
10 of the -- the depositions at that point, actually.
11 Q   Okay. So your report of March the -- at
12 the time, did you review any additional medical
13 records between April of 2003 and March of 2004 that
14 prompted you to write the supplemental report?
15 A   No. I believe I had the complete -- I had
16 the same medical record last year, it's the same.
17 There were no new medical records. They were just
18 all of the depositions that I had reviewed in
19 between.
20 Q   Okay. What prompted you to do the
21 supplemental report?

## Page 56

1  A   What prompted me to do the supplemental
2  report were depositions discussing the fact that
3  this -- that Mr. Evans died of a myocardial
4  infarction and that he had had multiple infarctions
5  before and a lot of concern about what led to his
6  downfall on the day he died. And this represents my
7  understanding of what happened to him on that day.
8       When I wrote my original report, my
9  assumption was that he died because he was in heart
10 failure from his hypertrophic cardiomyopathy and,
11 which is what I think he did die from, but the other
12 reports, obviously, had a much different take on the
13 case so I just felt that this would be -- this would
14 just supplement what I had originally thought about
15 this.
16 Q   Did Mr. Shader ask you to prepare that
17 supplemental report?
18 A   Yeah.
19 Q   When did he ask you to prepare the
20 supplemental report?
21 A   Last week, which was really the first time



14 (Pages 53 to 56)