| | | |
|---|---|---|
| BEVERLY APPLER, Individually and as Personal Representative of the Estate of MARY COON | * | IN THE |
| | * | CIRCUIT COURT FOR |
| Plaintiffs | * | BALTIMORE COUNTY |
| v. | * | MARYLAND |
| GREATER BALTIMORE MEDICAL CENTER, INC., et al. | * | CASE NO.: 03-C-02-013692 |
| Defendants | * | |

* * * * * * * * * * * * *

**ORDER**

UPON CONSIDERATION of the Plaintiffs' Motion to Strike William Howard, M.D. as an Expert Witness for Defendant Praful Patell, M.D., it is this 13 day of April ____________________, 2004, hereby

ORDERED that the Plaintiffs' Motion is GRANTED.

Judge, Circuit Court for Baltimore County

cc: Diane M. Littlepage, Esquire
Neal Brown, Esquire
Ronald Shaw, Esquire

True Copy Test
SUZANNE MENSH, Clerk
Per
Assistant Clerk

FILED APR 13 2004

EXHIBIT
B