```
           CIRCUIT COURT FOR BALTIMORE COUNTY
                    Suzanne Mensh
                Clerk of the Circuit Court
                  County Courts Building
                    401 Bosley Avenue
                     P.O. Box 6754
                  Towson, MD 21285-6754
         (410)-887-2601, TTY for Deaf: (800)-735-2258
           Maryland Toll Free Number (800) 938-5802


                              Case Number:   03-C-02-013692
```

TO: DIANE M LITTLEPAGE, ESQ
Diane M Littlepage, P. A.
1406 B South Crain Hwy
Suite 207
Glen Burnie, MD 21061