```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

JUDITH A. EVANS, Individually   *
and as Personal Representative
of the Estate of ROBERT A.      *
EVANS, et al.
                                *
         Plaintiffs
                                *
     vs.                            CIVIL ACTION NO. MJG-02-788
                                *
NEIL PADGETT, M.D., et al.
                                *
         Defendants
*    *    *    *    *    *    *    *    *

## ORDER

In accordance with the proceedings held in this matter on this date:

1. By separate Order the Court has referred the case to a Magistrate Judge for confidential ADR proceedings.

2. By January 10, 2005:

   a. The Pretrial Order shall be filed.

   b. Any motions in limine shall be filed.

   c. Requested voir dire questions shall be filed (in duplicate) together with an agreed (or separate) extremely brief, neutral summary of the case to be read to the voir dire panel.

   d. Requested jury instructions shall be filed (in duplicate).

COUNSEL MUST BE SURE TO NOTE THAT:

       (1) ANY REQUEST FOR AN INSTRUCTION BASED ON A PRINTED TEXT SHALL BE SUBMITTED IN THE FORM OF A PHOTOCOPY OF THE PRINTED PAGE WITH ANY APPROPRIATE INTERLINEATION.

       (2) ANY REQUEST BASED UPON A PRECEDENT OR OTHER AUTHORITY SHALL HAVE ATTACHED A COPY OF THE PAGE(S) RELIED UPON.

    e. Plaintiffs shall arrange the scheduling for the pretrial conference, which can be held by telephone or in person, at a mutually convenient time more than a week prior to trial.

3. Jury trial shall be held during the period January 24 through February 17, 2005 with an estimated duration of 8 to 12 trial days.

    a. In the interest of efficiency, jury selection may be held on a date prior to the start of trial.

    b. Absent an objection filed within one month of the date of this Order, the parties are deemed to have consented to have a Magistrate Judge conduct jury selection if the Court determines that so doing will expedite the trial of this case and/or other matters on the Court's calendar.

    c. The parties and counsel shall be available for this trial during the period stated above.

    d. Counsel shall be given as much notice of the precise scheduling as possible.

SO ORDERED, on <u>Friday, June 18, 2004</u>.

```
                          / s /
                   Marvin J. Garbis
              United States District Judge
```