# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

400 East Pratt Street, Suite 430, Baltimore, Maryland 21202-3115   Tel: (410) 539-1800   Fax: (410) 539-1820

New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago • White Plains • NY
Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • McLean, VA • Stamford • London
Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich

Writer's Direct Dial (410) 962-7023
HALES@WEMED.COM
Admitted in DC, MD & WV

July 9, 2004

James K. Bredar
United States Magistrate Judge
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re    Evans v. Cardiovascular Consultants
          Civil Action No.: MJG-02-788
          MIIX Number 44337-2
          Our File No.: 00708-00097

Dear Magistrate Judge Bredar:

You have ordered a Mediation Conference in this case to take place on October 4, 2004. The insurance claims representative is located in Pennsylvania. All parties have consented to him being available by telephone.

Could you please let me know whether you would agree to his availability by telephone? Thank you for your kind consideration of this matter.

Very truly yours,

Shadonna E Hale

cc    Diane M. Littlepage, Esq.
      Douglas K. Schrader, Esq.
      Lynne B. Malone, Esq.

*Handwritten annotation by Judge:* "Request Denied. All decision makers must be personally present. JB 7/12/04"

*Stamps:* RECEIVED IN THE OFFICE OF JAMES K. BREDAR, JUL 12 2004, UNITED STATES MAGISTRATE JUDGE; FILED CLERK'S OFFICE AT BALTIMORE, 2004 JUL 12 P 4:46, DEPUTY

180683.1