UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

July 16, 2004

Diane Martin Littlepage, Esquire
1406 B Crain Highway, Suite 207
Glen Burnie, Maryland   21060

Lynne B. Malone, Esquire
Anderson Coe and King LLP
261 North Charles Street, Suite 2000
Baltimore, Maryland   21201-4135

Douglas Kurt Schrader, Esquire
Wharton Levin Ehrmantraut and Klein
104 West Street, P O Box 551
Annapolis, Maryland   21404-0551

Shadonna E Hale, Esquire
Wilson Elser Moskowitz Edelman and Dicker LLP
1341 G Street, NW - Suite 500
Washington, DC   20005

Subject: *Judith A. Evans, Individually and as Personal Representative of the Estate of Robert A. Evans, et al. v. Neil Padgett, M.D., et al.*
Civil Action No.MJG-02-788

Dear Counsel:

This letter is to confirm that the settlement conference in the above-captioned matter previously set for Monday, October 4, 2004, at 10:00 a.m. has been rescheduled at the request of counsel. The new date is **Tuesday, November 2, 2004, at 10:00 a.m.** in my chambers, 8C United States Courthouse, 101 West Lombard Street, Baltimore, Maryland. Your *ex parte* letter, as described in my letter of June 24, should arrive in chambers no later than Tuesday, October 26, 2004.

Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

/s/

James K. Bredar
United States Magistrate Judge

JKB/cw
cc: The Hon. Marvin J. Garbis
    Chambers file

Court file