UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' REPONSE IN OPPOSITION TO DEFENDANTS'
MOTION FOR RECONSIDERATION**

COME NOW the Plaintiffs, Judith Evans, *et al.,* by and through their attorneys Diane M. Littlepage and Diane M. Littlepage, P.A. and, in opposition to the Motion for Reconsideration filed by Defendants Cardiovascular Consultants, P.A. and James A. Ronan, Jr., M.D., move this court deny Defendants' motion and in support thereof state:

1. This is a medical negligence case alleging that numerous health care providers of Plaintiffs' decedent, Robert Evans, negligently failed to diagnose and treat coronary artery disease, resulting in the untimely death of Mr. Evans. Plaintiffs filed the original Complaint on March 14, 2002. As discovery progressed, Plaintiffs added Defendants, filing a Second Amended Complaint on September 3, 2002, which added Defendants Ronan and Cardiovascular Consultants, P.A. to the suit.

2. The relief requested by Defendants in this instant motion is the same relief this court denied on May 21, 2004. Plaintiffs' evidence in defeating that motion was overwhelming and more than sufficient to defeat Defendants' present motion.

3. In the instant matter, Defendants rely upon the recent case of *D'Angelo v. St. Agnes Healthcare, Inc.,* 2004 Md. App. LEXIS 105 (Md. Ct. Spec. App. 2004). However, as

noted in the attached Memorandum of Law, the instant matter is **clearly and significantly** distinguishable from the case upon which Defendants rely.

4. There is little doubt that a review by the Court of Appeals will be requested for the *D'Angelo* case. Should this court grant Defendants' instant motion, it would incur a flood of unnecessary reviews to the appellate courts and delay justice to the Plaintiffs.

WHEREFORE, for the reasons stated above and the attached Memorandum of Law, Plaintiffs respectfully request that Defendants' Motion for Reconsideration be DENIED.

Respectfully submitted,

____/s/_____
Diane M. Littlepage
Federal Bar No.: 10965
**DIANE M. LITTLEPAGE, P.A.**
1406B S. Crain Highway, Suite 207
Glen Burnie, Maryland 21061
410-787-7009
*Attorney for Plaintiffs*