## CERTIFICATE OF SERVICE

I HEREBY certify that on this 11th day of August, 2004, a copy of the foregoing Plaintiffs' Response In Opposition To Defendants' Motion For Reconsideration with attached Memorandum of Law, was mailed first class, postage prepaid to:

J. Michael Sloneker, Esquire
Lynn Malone, Esquire
Anderson, Coe & King, LLP
201 North Charles Street, Suite 2000
Baltimore, Maryland  21201

A. Gwynn Bowie, Jr., Esquire
Douglas K. Schrader, Esquire
Wharton, Levin, Ehrmantraut & Klein
104 West Street, P.O. Box 551
Annapolis, Maryland  21401-051

Shadonna E. Hale, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
1341 G Street, N.W.
The Colorado Building, Suite 500
Washington, DC  20005

Respectfully Submitted,

_____/s/_____
Diane M. Littlepage
Federal Bar No.:  10965
**LITTLEPAGE & ASSOCIATES**
1406B South Crain Highway
Suite 207
Glen Burnie, Maryland 21061
410-787-7009
*Attorney for Plaintiffs*