JUDITH A. EVANS, et al.  \*  IN THE

    Plaintiff  \*  HEALTH CLAIMS

v.       ARBITRATION OFFICE

NEIL PADGETT, M.D., et al.  \*  OF MARYLAND

     \*  HCA NO.:

   Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \*

*RECEIVED MAR 14 2002 HEALTH CLAIMS ARBITRATION OFFICE*

### CLAIMANT'S CERTIFICATE OF MERIT

I, Dan Fintel,, M.D., hereby certify that I have reviewed the medical records of Robert Evans. Based upon my review of these records, it is my opinion that there was a departure from the standards of care to Robert Evans, and that as a direct and proximate result thereof, the Claimant has sustained injuries and damages.

I certify that I am a medical doctor and that I devote annually less than 20% of my professional activities to matters that directly involve testifying in personal injury and medical malpractice cases.



_____
Dan Fintel, M.D.

Ex A
ALL-STATE® INTERNATIONAL

RE:   Robert Evans

To Whom It May Concern:

I have received the medical records and other relevant data regarding the above captioned matter and find that there was a departure from the standards of care and treatment rendered to the Claimant, and that this departure was a direct and proximate result of the injuries and damages that the Claimant sustained.

_____
Dan Fintel, M.D.

JUDITH A. EVANS, et al.     *     IN THE

    Plaintiff     *     HEALTH CLAIMS

v.     *     ARBITRATION OFFICE

NEIL PADGETT, M.D., et al.     *     OF MARYLAND

                *     HCA NO.:
    Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \*

*RECEIVED MAR 14 2002 HEALTH CLAIMS ARBITRATION OFFICE*

### CLAIMANT'S CERTIFICATE OF MERIT

I, Dan Fintel, M.D., hereby certify that I have reviewed the medical records of Robert Evans. Based upon my review of these records, it is my opinion that there was a departure from the standards of care to Robert Evans, and that as a direct and proximate result thereof, the Claimant has sustained injuries and damages.

I certify that I am a medical doctor and that I devote annually less than 20% of my professional activities to matters that directly involve testifying in personal injury and medical malpractice cases.

                                          _/s/ Dan Fintel, MD_
                                          Dan Fintel, M.D.



Ex B
ALL-STATE® INTERNATIONAL

RE:   Robert Evans

To Whom It May Concern:

I have received the medical records and other relevant data regarding the above captioned matter and find that there was a departure from the standards of care and treatment rendered to the Claimant, and that this departure was a direct and proximate result of the injuries and damages that the Claimant sustained.

_____
Dan Fintel, M.D.