UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION FOR JUDGMENT AS TO
LIABILITY OF DEFENDANT BATCHA, M.D.**

COME NOW the Plaintiffs, Judith Evans, *et al.,* by and through her attorneys Diane M. Littlepage and LITTLEPAGE & ASSOCIATES and move this court to grant judgment for Plaintiffs on the issue of liability against Defendant Batcha, M.D. and in support thereof state:

1. This is a medical negligence case alleging that numerous health care providers of Plaintiffs' decedent, Robert Evans, negligently failed to diagnose and treat coronary artery disease, resulting in the untimely death of Mr. Evans.

2. Defendant Batcha was named as a defendant in this matter on July 12, 2002 and was appropriately served on August 27, 2002 with the Complaint and Plaintiffs' certificate of qualified expert. Defendant Batcha filed an answer to said Complaint on September 13, 2002.

3. As noted in Cts. & Jud. Pro. § 3-2A-04(2), if liability is disputed, Defendant was required to file a certificate of qualified expert attesting to compliance with standards of care.

4. Defendant was required to file a certificate of qualified expert by February 27, 2003. However, Defendant still has not filed the certificate as required.

5. Should Defendant fail to file the required certificate of qualified expert, the claim may be adjudicated in favor of the claimant. Cts. & Jud. Proc. § 3-2A-04(2). That is precisely

what has occurred in this case. A review of the original file at the U.S. District Court for the District of Maryland fails to disclose any certificate of qualified expert filed in defense of Defendant Batcha.

6.  The failure of Defendant Batcha to file the required certificate of qualified expert, particularly in light of the statutory requirement and the recent holding in *D'Angelo v. St. Agnes Healthcare, Inc.,* 2004 Md. App. LEXIS 105 (Md. Ct. Spec. App. 2004), requires that this matter be adjudicated in favor of Plaintiffs against Defendant Batcha and the case against this Defendant proceed as to damages only.

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request that this matter be adjudicated as to the issue of liability in favor of Plaintiffs against Defendant Batcha and this matter proceed as to damages only.

Respectfully submitted,

____/s/_____
Diane M. Littlepage
Federal Bar No.: 10965
**DIANE M. LITTLEPAGE, P.A.**
1406B S. Crain Highway, Suite 207
Glen Burnie, Maryland 21061
410-787-7009
*Attorney for Plaintiffs*