UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUDITH A. EVANS, et al. | * |
| Plaintiffs | * |
| v. | *   Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * |
| Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 26th day of August, 2004, a copy of the foregoing Plaintiffs' Motion for Judgment as to Liability of Defendant Batcha, M.D. and Proposed Order was mailed first class, postage prepaid to:

J. Michael Sloneker, Esquire
Lynn Malone, Esquire
Anderson, Coe & King, LLP
201 North Charles Street, Suite 2000
Baltimore, Maryland  21201

A. Gwynn Bowie, Jr., Esquire
Douglas K. Schrader, Esquire
Wharton, Levin, Ehrmantraut & Klein
104 West Street, P.O. Box 551
Annapolis, Maryland  21401-051

Shadonna E. Hale, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
1341 G Street, N.W.
The Colorado Building, Suite 500
Washington, DC  20005

Respectfully Submitted,


_____/s/_____
Diane M. Littlepage
Federal Bar No.:  10965
**LITTLEPAGE & ASSOCIATES**
1406B South Crain Highway
Suite 207
Glen Burnie, Maryland 21061
410-787-7009
*Attorney for Plaintiffs*