UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for Judgment as to Liability of Defendant Batcha, M.D. and any response thereto, it is hereby

ORDERED this _____ day of _____, 2004, that Plaintiffs' Motion for Judgment as to Liability of Defendant Batcha, M.D. is hereby GRANTED and the case against Defendant Batcha shall proceed as to damages only.

_____
**Judge Marvin Garbis**

cc: Diane M. Littlepage, Esq.
    Shadonna Hale, Esq.
    Michael Sloneker, Esq.
    Gwynn Bowie, Esq.