| | | |
|---|---|---|
| JUDITH A. EVANS, et al. | * | IN THE |
| Plaintiff | * | HEALTH CLAIMS |
| v. | * | ARBITRATION OFFICE |
| NEIL PADGETT, M.D., et al. | * | OF MARYLAND |
| | * | HCA NO.: 2002-113 |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CLAIMANT'S CERTIFICATE OF MERIT

I, Dan Fintel,, M.D., hereby certify that I have reviewed the medical records of Robert Evans. Based upon my review of these records, it is my opinion that Neil Padgett, M.D., Kamal Batcha, M.D., Marc Okun, James Ronan, Jr., M.D., departed from the standards of care to Robert Evans, and that as a direct and proximate result thereof, the Claimant has sustained injuries and damages.

I certify that I am a medical doctor and that I devote annually less than 20% of my professional activities to matters that directly involve testifying in personal injury and medical malpractice cases.

_____
Dan Fintel, M.D.