RE:   Robert Evans

To Whom It May Concern:

I have received the medical records and other relevant data regarding the above captioned matter and find that Neil Padgett, M.D., Kamal Batcha, M.D., Marc Okun, M.D., and James Ronan, Jr., M.D., departed from the standards of care and treatment rendered to the Decedent, and that this departure was a proximate cause of the injuries and damages that the Decedent sustained.

*[signature]*

Dan Fintel, M.D.