UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUDITH A. EVANS, et al. | * |
| Plaintiffs | * |
| v. | *   Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for Leave to File Amended Certificate of Qualified Expert and any response thereto, it is hereby

ORDERED this _____ day of _____, 2004, that Plaintiffs' Motion for Leave to File Amended Certificate of Qualified Expert is hereby GRANTED and the attached certificate of merit is accepted as filed.

_____
**Judge Marvin Garbis**

cc: Diane M. Littlepage, Esq.
    Shadonna Hale, Esq.
    Michael Sloneker, Esq.
    Gwynn Bowie, Esq.