IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| JUDITH A EVANS, Individually and as Personal Representative of the Estate of ROBERT A. EVANS, et al | * * |
| Plaintiffs | * |
| v. | *   Civil Action no.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al | * |
| Defendants | * |

* * * * * * * * * * * * * * * *

## MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STRIKE THE CERTIFICATE OF MERIT SIGNED BY DAN FINTEL, M.D.

Defendant, Neil Padgett, M.D., by his attorneys, J. Michael Sloneker and Lynne B. Malone, hereby moves to dismiss the claim filed against him, or in the alternative, to strike the certificate of merit signed by Dan Fintel, M.D., the grounds and authorities for which are set forth more fully in the memorandum of law attached hereto.

Respectfully submitted,

/s/
J. Michael Sloneker
Lynne B. Malone
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Baltimore, Maryland 21201
(410) 752-1630