IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| JUDITH A EVANS, Individually and as Personal Representative of the Estate of ROBERT A. EVANS, et al | * * |
| Plaintiffs | * |
| v. | *   Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of Defendant's Motion to Dismiss or, in the alternative, to Strike the Certificate of Merit Signed by Dan Fintel, M.D. and any opposition thereto, it is this ___ day of _____, 2004 hereby

ORDERED that the Motion is GRANTED and it is further;

ORDERED that Dr. Fintel's Certificate of Merit is hereby stricken and any and all claims are dismissed against Defendant, Neil Padgett, M.D.

_____
Judge