|   |   |   |
|---|---|---|
| JUDITH A. EVANS, et al. | * | IN THE |
| Plaintiff | * | HEALTH CLAIMS |
| v. | * | ARBITRATION OFFICE |
| NEIL PADGETT, M.D., et al. | * | OF MARYLAND |
|   | * | HCA NO.: |
| Defendants |   |   |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

RECEIVED MAR 14 2002 HEALTH CLAIMS ARBITRATION OFFICE

### CLAIMANT'S CERTIFICATE OF MERIT

I, Dan Fintel,, M.D., hereby certify that I have reviewed the medical records of Robert Evans. Based upon my review of these records, it is my opinion that there was a departure from the standards of care to Robert Evans, and that as a direct and proximate result thereof, the Claimant has sustained injuries and damages.

I certify that I am a medical doctor and that I devote annually less than 20% of my professional activities to matters that directly involve testifying in personal injury and medical malpractice cases.

_/s/ Dan Fintel MD_

Dan Fintel, M.D.

RE:   Robert Evans

To Whom It May Concern:

I have received the medical records and other relevant data regarding the above captioned matter and find that there was a departure from the standards of care and treatment rendered to the Claimant, and that this departure was a direct and proximate result of the injuries and damages that the Claimant sustained.

_____
Dan Fintel, M.D.