# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

JUDITH A. EVANS, et al.                    *

      Plaintiffs                          *

v.                                         *        Civil Action No.: MJG-02-CV-788

NEIL PADGETT, M.D., et al.                 *

      Defendants                          *
*        *        *        *        *        *        *        *        *        *        *        *        *

## <u>ORDER</u>

UPON CONSIDERATION of Plaintiffs' Opposition to Motion to Dismiss of

Defendants' Okun, Doyle & Okun Cardiology Associates, P.A., Batcha, and Maryland

Pulmonary Critical Care Group, P.A. and any reply thereto, it is hereby

ORDERED this _____ day of _____, 2004, that Defendants'

Motion to Dismiss is DENIED.


_____
**Judge Marvin Garbis**


cc:  Diane M. Littlepage, Esq.
    Shadonna Hale, Esq.
    Michael Sloneker, Esq.
    Gwynn Bowie, Esq.