UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUDITH A. EVANS, et al. | * |
| Plaintiffs | * |
| v. | *    Civil Action No.: MJG-02-CV-788 |
| NEIL PADGETT, M.D., et al. | * |
| Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

UPON CONSIDERATION of Plaintiffs' Opposition to Motion to Dismiss or, in the Alternative, to Strike the Certificate of Merit Signed by Dan Fintel, M.D. and any reply thereto, it is hereby

ORDERED this _____ day of _____, 2004, that Defendant's Motion to Dismiss or, in the Alternative, to Strike the Certificate of Merit Signed by Dan Fintel, M.D. is DENIED.

_____
**Judge Marvin Garbis**

cc:  Diane M. Littlepage, Esq.
     Shadonna Hale, Esq.
     Michael Sloneker, Esq.
     Gwynn Bowie, Esq.