IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

JUDITH A. EVANS, Individually and \*
as Personal Representative of the Estate
of ROBERT A. EVANS, and \*
RANDALL A. EVANS
\*
      Plaintiffs
\* Civil Action No. MJG-02-CV-788
vs.
\*
NEIL PADGETT, M.D., et al.

      Defendants  \*

**DEFENDANT, KAMAL BATCHA, M.D.'S**
**OPPOSITION TO PLAINTIFFS' MOTION FOR JUDGMENT**

Defendant, Kamal Batcha, M.D., by his attorneys, A. Gwynn Bowie, Jr. and Douglas K. Schrader, submit this opposition to Plaintiffs' Motion for Judgment as to defendant Batcha, and states:

1. In their motion, plaintiffs request that judgment be entered in their favor against defendant, Kamal Batcha, M.D., based upon the alleged failure of Dr. Batcha to file a certificate of qualified expert on his behalf in accordance with Md. Courts & Judicial Proceeding Article, §3-2A-04(2), attesting to a qualified expert's opinion that the defendant health care provider complied with standards of care.

2. In fact, plaintiffs' contention in this regard is entirely baseless and without merit, as a certificate of qualified expert signed by Carl Schoenberger, M.D. together with a report signed by Dr. Schoenberger, was filed in this Court on or about November 8, 2002. See copy of Certificate of Qualified Expert and Report signed by Carl I. Schoenberger, M.D., attached

hereto as Exhibit A.[1]

      3. Accordingly, for the reasons stated herein, defendant Kamal Batcha, M.D. has, in fact, complied with the certificate requirement as set forth in Md. Courts & Judicial Proceeding Article, §3-2A-04(2). As such, plaintiffs' motion should be denied.

      Respectfully submitted,

      _____/s/_____
      A. Gwynn Bowie, Jr.
      Douglas K. Schrader
      Wharton, Levin, Ehrmantraut & Klein, P.A.
      104 West Street, P.O. Box 551
      Annapolis, MD   21401-0551
      (410)263-5900
      Attorneys for Kamal Batcha, M.D. and Maryland Pulmonary & Critical Care Group, P.A.

---

[1] Although undersigned counsel has not personally checked the Court's file to confirm its receipt of the Certificate and Report, counsel for co-defendant Dr. Padgett's counsel, Michael Sloneker, confirmed that he had received it and has a copy in his file. In addition, Dr. Padgett's counsel kindly had his paralegal personally check the Court's file, where the Certificate and Report attached as Exhibit A were found. Upon information and belief, these documents were not separately docketed, and were found in a "miscellaneous" portion of the Court's file regarding this case.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

JUDITH A. EVANS, Individually and    *
as Personal Representative of the Estate
of ROBERT A. EVANS, and    *
RANDALL A. EVANS

                         *

           Plaintiffs
                         *   Civil Action No. MJG-02-CV-788
    vs.
                         *

NEIL PADGETT, M.D., et al.

          Defendants            *

**CERTIFICATE OF SERVICE**

      I hereby certify that on this _____ day of September, 2004, copies of Defendant, Kamal Batcha, M.D.'s Opposition to Plaintiffs' Motion for Judgment were mailed, postage prepaid, to:

Diane M. Littlepage, Esquire
Diane M. Littlepage, P.A.
1406B S. Crain Highway, Suite 207
Glen Burnie, MD   21061
Attorney for Plaintiffs

J. Michael Sloneker, Esquire
Anderson, Coe & King, LLP
201 North Charles Street, Ste. 2000
Baltimore, MD   21201
Attorneys for Neil Padgett, M.D. and
Primary Care Physicians, LLC

Shadonna E. Hale, Esquire
Wilson, Elser, Moskowitz, Edelman
    & Dicker LLP
400 E. Pratt Street, Suite 430
Baltimore, MD 21202
Attorney for James A. Ronan, Jr., M.D. and
Cardiovascular Consultants, P.A.

                                                         _____/s/_____
                                                         Douglas K. Schrader

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| JUDITH A. EVANS, Individually and as Personal Representative of the Estate of ROBERT A. EVANS, and RANDALL A. EVANS | * * * |
| Plaintiffs | * |
| vs. | * Civil Action No. MJG-02-CV-788 * |
| NEIL PADGETT, M.D., et al. | |
| Defendants | * |

## ORDER

Having read and considered Plaintiffs' Motion for Judgment as to Defendant Kamal Batcha, M.D. and Dr. Batcha's Opposition thereto, it is this _____ day of _____, 2004, hereby ordered:

1. That Plaintiffs' Motion for Judgment as to Defendant, Kamal Batcha, M.D., shall be and hereby is DENIED.

_____
Judge, United States District Court for the Northern District of Maryland

cc:   A. Gwynn Bowie, Jr., Esquire
      Douglas K. Schrader, Esquire
      Wharton, Levin, Ehrmantraut & Klein, P.A.
      104 West Street
      Annapolis, MD  21401

      Diane M. Littlepage, Esquire
      Diane M. Littlepage, P.A.
      1406B S. Crain Highway, Suite 207
      Glen Burnie, MD  21061

J. Michael Sloneker, Esquire
Anderson, Coe & King, LLP
201 North Charles Street, Ste. 2000
Baltimore, MD   21201

Shadonna E. Hale, Esquire
Wilson, Elser, Moskowitz, Edelman
   & Dicker LLP
400 E. Pratt Street, Suite 430
Baltimore, MD 21202