LAW OFFICES

# ANDERSON, COE & KING, LLP

201 NORTH CHARLES STREET
SUITE 2000
BALTIMORE, MARYLAND 21201-4135

TELEPHONE: (410) 752-1630
FACSIMILE:  (410) 752-0085

**DARLENE D. STEFANOWICZ**
**PARALEGAL**
STEFANOWICZ@ACKLAW.COM

August 27, 2004

Douglas K. Schrader, Esquire
Wharton Levin Ehrmantraut & Klein
104 West Street
P.O. Box 551
Annapolis, Maryland 21404-0551

    ***Re: Evans, et al. v. Padgett, M.D., et al.***

Dear. Mr. Schrader:

    Enclosed please find a copy of your COM for Dr. Batcha that I copied from the Court file.

Very truly yours,

Darlene D. Stefanowicz
Paralegal

Dds/evans/Schrader
enclosure

Ex A
ALL-STATE® INTERNATIONAL

RECEIVED-WLEKN
AUG 30 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

JUDITH A. EVANS, Individually and  \*
as Personal Representative of the Estate
of ROBERT A. EVANS, and  \*
RANDALL A. EVANS
                                    \*
        Plaintiffs
                                    \*  Civil Action No. MJG-02-CV-788
    vs.
                                    \*
NEIL PADGETT, M.D., et al.

        Defendants                  \*

## CERTIFICATE OF QUALIFIED EXPERT

I hereby certify and attest that I am a licensed physician and that I have reviewed pertinent medical records and other documentation relating to the above captioned claim.

It is my opinion to a reasonable degree of medical probability or certainty that the Defendants, Kamal Batcha, M.D. and Maryland Pulmonary & Critical Care Group, P.A. complied with the standard of care to which they were held in the care and treatment of Robert A. Evans. Moreover, it is my opinion that the care and treatment of Robert A. Evans by the aforementioned Defendants was not a proximate cause of the injuries claimed.

I further certify and attest that I do not devote annually more than 20 percent of my professional activities to activities that directly involve testimony in personal injury claims.

_____
Carl I. Schoenberger, M.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| JUDITH A. EVANS, Individually and as Personal Representative of the Estate of ROBERT A. EVANS, and RANDALL A. EVANS <br><br> Plaintiffs <br><br> vs. <br><br> NEIL PADGETT, M.D., et al. <br><br> Defendants | * <br> * <br> * <br> * Civil Action No. MJG-02-CV-788 <br> * <br> * <br> * |

### REPORT OF QUALIFIED EXPERT

I have reviewed the medical records and other pertinent documentation relating to Robert A. Evans. Based upon that review, it is my opinion to a reasonable degree of medical probability or certainty that the care provided by Kamal Batcha, M.D. and Maryland Pulmonary & Critical Care Group, P.A. complied with the applicable standards of care and does not constitute a proximate cause of the injuries claimed.

_____
Carl I. Schoenberger, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2002, copies of the foregoing Certificate of Qualified Expert and Report of Qualified Expert were mailed, postage prepaid, to:

Diane M. Littlepage, Esquire
Diane M. Littlepage, P.A.
1406B S. Crain Highway, Suite 207
Glen Burnie, MD  21061
Attorney for Plaintiffs

Lynne Malone, Esquire
J. Michael Sloneker, Esquire
Anderson, Coe & King, LLP
201 North Charles Street
Suite 2000
Baltimore, MD  21201
Attorneys for Neil Padgett, M.D. and
Primary Care Physicians, LLC

_____
Douglas K. Schrader, Bar No.  09269